QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Stephen A. Swedlow (*Pro hac vice*)
stephenswedlow@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, Illinois  60661-2510
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>             Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, Inc.,<br><br>             Defendant. | Case No. 3:14-cv-00113-EMC<br><br>**REPLY IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS COMPLAINT** |

1     Defendant Uber Technologies, Inc. submits this reply memorandum in support of its
2 Motion to Dismiss Complaint (Dkt. No. 14).  Plaintiff's opposition was due on March 25, 2014,
3 but Plaintiff has failed to file an opposition.  Accordingly, Uber respectfully requests that the
4 Court grant Uber's unopposed Motion to Dismiss.  Plaintiff's counsel has informed Uber's
5 counsel that it believes the opposition is not due until April 4, 2014.

7 DATED: April 1, 2014        QUINN EMANUEL URQUHART & SULLIVAN, LLP

9         By  /s/ Stephen A. Swedlow[1]
10            Stephen A. Swedlow

11         Attorneys for Defendant
12         Uber Technologies, Inc.

---

[1] I, Arthur M. Roberts, attest that I have obtained permission from Stephen A. Swedlow to file this document on his behalf.