**United States District Court**
For the Northern District of California

1
2
3
4
5                  UNITED STATES DISTRICT COURT
6               NORTHERN DISTRICT OF CALIFORNIA
7
8   CAREN EHRET,                    No. C-14-0113 EMC
9           Plaintiff,
10        v.                           **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**
11   UBER TECHNOLOGIES, INC.,
12           Defendant.
13   _____/      **(Docket Nos. 14, 28)**
14
15       Plaintiff, Caren Ehret, filed a class-action complaint against Uber Technologies, Inc.
16 ("Uber"), alleging unfair, unlawful and fraudulent business practices. On March 11, 2014, Uber
17 filed a motion to dismiss the complaint, currently scheduled for hearing on April 18, 2014. On April
18 2, 2014, Plaintiff filed a motion for leave to file an amended complaint, together with an amended
19 complaint. Under Federal Rules of Civil Procedure 15, Plaintiff could have amended her complaint
20 as a matter of course within 21 days after service of Uber's motion to dismiss. This would have
21 been April 1, 2014.
22       Although the amended complaint was filed one day late, the Court grants dispensation and
23 deems the amended complaint filed as of April 2, 2014. Uber's motion to dismiss is therefore
24 denied as moot. Hearing for the motion to dismiss on April 18, 2014 is vacated. The case
25 ///
26 ///
27 ///
28 ///

1  management conference currently scheduled for April 18, 2014 is continued to June 12, 2014.  If

2  Uber moves to dismiss the amended complaint, the CMC will be held on the date of the hearing on

3  such motion.  The CMC and Motion to Reconsider in the related case, *O'Connor v. Uber*, are set for

4  April 18, 2014.

5       This order disposes of Docket Nos. 14 and 28.

6

7       IT IS SO ORDERED.

8

9  Dated:  April 9, 2014

10  _____

11  EDWARD M. CHEN
    United States District Judge

12