Myron M. Cherry (California State Bar No. 50278)
mcherry@cherry-law.com
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 372-2100
Facsimile: (312) 853-0279
*Attorneys for Plaintiff and the Class*

Stephen A. Swedlow (admitted *pro hac vice*)
stephenswedlow@quinnemanuel.com
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
*Attorneys for Defendant*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **CAREN EHRET, individually and on behalf of a class of similarly situated persons,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UBER TECHNOLOGIES, INC., a Delaware Corporation,**<br><br>**Defendant.** | Case No. 3:14-cv-113-EMC<br><br>**JOINT STIPULATION ON THE FILING OF PLAINTIFF'S AMENDED COMPLAINT AND BRIEFING ON DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

Plaintiff Caren Ehret ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant" or "Uber") (collectively, the "Parties"), by and through their attorneys of record, STIPULATE AS FOLLOWS:

1   WHEREAS, Plaintiff filed this lawsuit on January 8, 2014 alleging a single count against
2 Defendant under California's Unfair Competition Law, California Business and Professions
3 Code § 17200, *et seq.* ("UCL");
4   WHEREAS, on March 20, 2014, Plaintiff's counsel informed Defendant that they
5 intended to file an amended complaint, which, among other things, would add a claim for
6 damages under the Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.* ("CLRA");
7   WHEREAS, on March 24, 2014, Plaintiff served Defendant by certified mail a CLRA
8 violation notice and demand pursuant to Cal. Civil Code § 1782(a);
9   WHEREAS, Cal. Civil Code § 1782(a) does not permit the commencement of an action
10 for damages under the CLRA until thirty (30) days after service of a CLRA violation notice and
11 demand on the defendant;
12   WHEREAS, on April 2, 2014, Plaintiff filed a motion for leave to file an amended
13 complaint on April 30, 2014 (Doc. 28) and also filed a proposed amended complaint (Doc. 29);
14   WHEREAS, on April 9, 2014, the Court granted Plaintiff's motion and allowed her April
15 2, 2014 filing of the proposed amended to complaint to stand as the amended complaint;
16   WHEREAS, the Court's April 9, 2014 order "deem[ing] the amended complaint filed as
17 of April 2, 2014," results in the commencement of a CLRA damage claim prior to the expiration
18 of the thirty (30) day period required under Cal. Civil Code § 1782(a);
19   WHEREAS, the Parties have met and conferred and in the interest of avoiding delay and
20 further unnecessary briefing and/or motion practice agree to that the proposed amended
21 complaint filed on April 2, 2014 (Doc. 29) shall be treated as a "proposed" filing and that
22 Plaintiff shall be allowed to file her amended complaint on or before April 30, 2014;
23   WHEREAS, Plaintiff intends to make two small additions to Paragraphs 2 and 11 of her
24 amended complaint that were not included in her proposed amended complaint filed on April 2,
25 2014, which additions Defendant has agreed can be included in Plaintiff's amended complaint
26 and are as follows (in underline):
27
28

2. More specifically, Uber advertises and represents on its website and other marketing materials that gratuity will be automatically added at a set percentage of the metered fare <u>and that that "gratuity" is automatically added "for the driver."</u>

11. On its website and on its app Uber represents its "Hassle-free Payments" as follows: "We automatically charge your credit card the metered fare + 20% *gratuity*." (italics added). <u>Uber further represents that the "20% gratuity is automatically added for the driver."</u>

WHEREAS, the Parties have further agreed to the following briefing schedule, subject to the Court's approval, for Defendant's anticipated motion to dismiss the amended complaint: (i) Defendant shall file its motion to dismiss on June 11, 2014, (ii) Plaintiff's response in opposition shall be filed on July 9, 2014, and (iii) Defendant's reply thereto shall be filed on July 23, 2014.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES THAT:

(1) Plaintiff's filing on April 2, 2014 (Doc. 29) shall be treated as a "proposed" amended complaint;

(2) Plaintiff shall be granted leave to file her actual amended complaint, including the additions referenced above, on or before April 30, 2014; and

(3) Defendant shall file its motion to dismiss the amended complaint on June 11, 2014, Plaintiff's response in opposition shall be filed on July 9, 2014, and Defendant's reply thereto shall be filed on July 23, 2014.

**IT IS SO STIPULATED.**


By: ____/s/ Myron M. Cherry_____      By: ____/s/ Stephen A. Swedlow_____
    Myron M. Cherry                                             Stephen A. Swedlow
    Attorney for Plaintiff                                         Attorney for Defendant

30 North LaSalle Street, Suite 2300          500 West Madison Street, Suite 2450
Chicago, Illinois 60602                              Chicago, Illinois 60661
Telephone: (312) 372-2100                     Telephone: (312) 705-7400
Facsimile: (312) 853-0279                      Facsimile: (312) 705-7401
mcherry@cherry-law.com                      stephenswedlow@quinnemanuel.com

Hall Adams (admitted *pro hac vice*)  
hall@adamslegal.net  
LAW OFFICES OF HALL ADAMS, LLC  
33 North Dearborn Street, Suite 2350  
Chicago, Illinois 60602  
Telephone: (312) 445-4900  
Facsimile: (312) 445-4901  

Michael Ram (SBN 104805)  
RAM, OLSON, CEREGHINO  
& KOPCZYNSKI LLP  
555 Montgomery Street, Suite 820  
San Francisco, California 94111  
Telephone: (415) 433-4949  
Facsimile: (415) 433-7311  
mram@rocklawcal.com  

*Attorneys for Plaintiff and the Class*

Arthur Miles Roberts (SBN 275272)  
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP  
50 California Street, 22nd Floor  
San Francisco, California 94111  
Telephone: (415) 875-6600  
Facsimile: (415) 875-6700  
arthurroberts@quinnemanuel.com  

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. Motion hearing is set for 8/14/14 at 1:30 p.m.

**DATED:** 4/24/14

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamp: "IT IS SO ORDERED AS MODIFIED" — signed Judge Edward M. Chen]*