Myron M. Cherry (California State Bar No. 50278)
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 372-2100
Facsimile: (312) 853-0279
mcherry@cherry-law.com

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREN EHRET, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:14-cv-113-EMC<br><br>DECLARATION OF CAREN EHRET PURSUANT TO CAL. CIV. CODE § 1780(d) |

I, **Caren Ehret**, declare as follows:

1. I am the Plaintiff in the above-captioned litigation. I have personal knowledge of the facts set forth in this declaration except as to those matters stated herein which are based on information and belief, which matters I believe to be true. If called to testify, I could and would testify competently to the matters stated herein.

2. I believe that venue is proper in this District pursuant to Cal. Civil Code § 1780(d) because, on information and belief, Defendant is headquartered and does a significant amount of business in the County of San Francisco and within this judicial district.

1

3. Furthermore, I originally brought this action in the Circuit Court of Cook County, Illinois in an action entitled *Ehret v. Uber Technologies, Inc.*, Case No. 12 CH 36714. On June 7, 2013 and June 18, 2013, the Judge presiding in that action dismissed the suit for lack of venue based solely on a forum selection provision in Defendant's terms and conditions, which dismissal order specifically stated that it was without prejudice to re-filing the action in San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 11, 2014

_____
Caren Ehret