**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** August 14, 2014          **Time:** 52 minutes
                                   **Court Reporter: Margo Gurule**

**Case No. and Name:** C-14-0113EMC Ehret v Uber Technologies, Inc.

**Attorneys:** (P) Michael Ram, Hall Adams, III
             (D) Arthure Roberts, Stephen Swedlow

**Deputy Clerk:** Barbara Espinoza


**PROCEEDINGS:**

D's Motion to Dismiss #44
Case Management Conference


**SUMMARY:**

Motion submitted, court sets a further status conference for September 4, 2014 with a status report due three (3) days prior to the conference.