QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
amitbpatel@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, IL  60661-2510
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET, | Case No. 3:14-cv-00113-EMC |
| Plaintiff, | DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT DISCOVERY HEARING SCHEDULED FOR NOVEMBER 26, 2014 |
| v. | |
| UBER TECHNOLOGIES, Inc., | Judge: Hon. Donna M. Ryu |
| Defendant. | |

Defendant hereby respectfully moves the Court to allow an additional Defendant's counsel, Stephen Swedlow, to appear by telephone at the parties' upcoming discovery hearing scheduled for November 26, 2014. In support of this request, Defendant's counsel states the following:

1. Defendant's counsel Arthur Roberts will appear *in person* before the Court at the discovery hearing on November 26, 2014.

2. The additional telephonic appearance of Defendant's lead counsel, Stephen Swedlow, will aid the resolution of the discovery disputes at issue.

3. Defendant's lead counsel Stephen Swedlow resides in Chicago, Illinois, and has a significant family obligation planned for the day of November 26, 2014. While his involvement would significantly assist in the resolution of the matters before the Court, he is mindful that his participation by telephone – alongside Defendant's counsel Arthur Robert's personal appearance – would save Defendant substantial costs.

4. The personal attendance of Defendant's counsel Stephen Swedlow is not necessary in order to have an effective discovery hearing, given that Defendant's counsel Arthur Roberts will appear in person, and that the matters before the Court have been thoroughly briefed in the Joint Discovery Letter Brief previously submitted.

5. Defendant's counsel have made this request over one week in advance of the discovery hearing.

**Conclusion**

For the foregoing reasons, Defendant respectfully requests that the Court grant its Motion for Leave to Appear by Telephone at the Upcoming Discovery Hearing on November 26, 2014.

| | | |
|---|---|---|
| 1 | DATED: November 12, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ Stephen A. Swedlow |
| | | Stephen A. Swedlow |
| 5 | | Attorney for Uber Technologies, Inc. |

Stephen A. Swedlow (Pro hac vice)
    stephenswedlow@quinnemanuel.com
Amit B. Patel (Pro hac vice)
    amitbpatel@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:   (312) 705-7400
Facsimile:    (312) 705-7401

Arthur M. Roberts
    arthurroberts@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

-2-           Case No. 3:14-cv-00113- EMC
MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT DISCOVERY HEARING

**CERTIFICATE OF SERVICE**

The undersigned attorney, Arthur Roberts, hereby certifies that the foregoing document was served on the attorneys of record for Plaintiff via the electronic filing system.

DATED: November 12, 2014            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ Arthur Roberts
     Arthur Roberts
     Attorney for Uber Technologies, Inc.