1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (SBN: 090378)
2  johnquinn@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA  90017-2543
   Telephone:     (213) 443-3000
4  Facsimile:     (213) 443-3100

5
   Stephen A. Swedlow (*pro hac vice*)
6  stephenswedlow@quinnemanuel.com
   Amit B. Patel (*pro hac vice*)
7  amitbpatel@quinnemanuel.com
   500 W. Madison Street, Suite 2450
8  Chicago, IL  60661-2510
   Telephone:     (312) 705-7400
9  Facsimile:     (312) 705-7401

10 Arthur M. Roberts (SBN: 275272)
   arthurroberts@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, CA  94111-4788
12 Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
13
   Attorneys for Defendant
14 Uber Technologies, Inc.

15                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
16

17 | CAREN EHRET, | Case No. 3:14-cv-00113-EMC |
   |---|---|
   | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT DISCOVERY HEARING SCHEDULED FOR NOVEMBER 26, 2014 |
   | v. | |
   | UBER TECHNOLOGIES, Inc., | |
   | Defendant. | Judge: Hon. Donna M. Ryu |

---

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT
DISCOVERY HEARING SCHEDULED FOR NOVEMBER 26. 2014

1  The Defendant's Motion for Leave to Appear by Telephone at the Upcoming Discovery
2  Hearing Scheduled for November 26, 2014, is GRANTED.
3  After consideration of the Defendant's request, the Court finds that good cause exists to
4  allow Defendant's counsel Stephen Swedlow to appear by telephone at the Hearing Scheduled for
5  November 26, 2014.

8  IT IS SO ORDERED

10  Date:  _____

12  _____
13  Hon. Donna M. Ryu

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT DISCOVERY HEARING SCHEDULED FOR NOVEMBER 26. 2014