# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREN EHRET, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 3:14-cv-113-EMC<br><br>ORDER (AS MODIFIED) |

Plaintiff's Request for Leave to Participate by Telephone at November 26, 2014 Hearing [77] is **GRANTED**.  Leave is granted to Hall Adams and/or Jacie Zolna to participate by telephone at the hearing on November 26, 2014 in addition to the in-person appearance by one of Plaintiff's California-based lawyers.

Plaintiff's counsel Hall Adams and/or Jacie Zolna must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

IT IS SO ORDERED.

Dated:   November 12, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*