QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
amitbpatel@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, IL  60661-2510
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, Inc.,<br><br>        Defendant. | Case No. 3:14-cv-00113-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT DISCOVERY HEARING SCHEDULED FOR NOVEMBER 26, 2014  (AS MODIFIED)<br><br>Judge: Hon. Donna M. Ryu |

---

1  The Defendant's Motion for Leave to Appear by Telephone at the Upcoming Discovery
2  Hearing Scheduled for November 26, 2014, is GRANTED.
3  After consideration of the Defendant's request, the Court finds that good cause exists to
4  allow Defendant's counsel Stephen Swedlow to appear by telephone at the Hearing Scheduled for
5  November 26, 2014.
6  Defendant's counsel Stephen Swedlow must follow the protocol set forth in the attached
7  Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.
8  IT IS SO ORDERED.

Date: __11/13/2014_____

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
Hon. Donna M. Ryu

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT DISCOVERY HEARING SCHEDULED FOR NOVEMBER 26. 2014 (AS MODIFIED)