UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 11/26/14 | **Time:** 11:29-11:57 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 14-cv-00113-EMC | **Case Name:** Ehret v. Uber Technologies, Inc. | |

**Attorney for Plaintiff:** Jacie Zolna (via CourtCall) and Michael Ram
**Attorney for Defendant:** Arthur Roberts

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 11:29-11:57

**PROCEEDINGS**
   1.   Joint Discovery Letter Brief  [Docket No. 74]          GRANTED IN PART, DENIED IN PART

Plaintiff's motion to compel is granted in part for the reasons stated on the record.

Plaintiff's motion to compel Defendant to produce documents from additional custodians is **granted** as follows: Defendant must search and produce documents from Travis Kalanick, Ryan Graves, and Andrew MacDonald.  The parties shall meet and confer and file a stipulation by **December 5, 2014** regarding the dates by which documents from these custodians will be searched and produced.

Plaintiff's motion to compel Defendant to provide Plaintiff with the names and job titles of all employees and/or organization charts is **denied**.  However, the district's guidelines on e-discovery requires the cooperation of the parties in meeting and conferring about the identities of potential custodians.  The Court notes that it therefore may be practical for the parties to resolve this dispute informally.

The date range for discovery from the custodians noted in Docket No. 74 and the additional custodians listed above shall be **April 18, 2011 until June 30, 2013**.

**Order to be prepared by:**
[ ]     Plaintiff              [ ]     Defendant              [ ]     Court

cc:  Chambers