QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA   90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
amitbpatel@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, IL   60661-2510
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA   94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>             Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, Inc.,<br><br>             Defendant. | Case No. 3:14-cv-00113-EMC<br><br>**[PROPOSED] STIPULATION AND ORDER**<br><br>Judge: Donna M. Ryu |

Pursuant to the Court's Order of November 26, 2014, Defendant Uber Technologies, Inc. ("Uber") and Plaintiff Caren Ehret ("Plaintiff"), by and through their attorneys of record, stipulate as follows:

1. The deadline for Uber's production of emails and other ESI from additional custodians Travis Kalanick, Ryan Graves and Andrew Macdonald shall be January 23, 2015.

2. The deadline for Plaintiff's filing of a motion for class certification shall be extended to March 12, 2015.  The deadline for Uber's filing of its opposition to Plaintiff's motion for class certification shall be extended to April 16, 2015, and the deadline for Plaintiff's reply shall be extended to May 14, 2015.

Uber enters this stipulation without prejudice to Uber's right to object to Judge Ryu's November 26, 2014 order regarding custodians and date ranges and the timeline for production, and reserves its right to file an objection to the order with Judge Chen.  Plaintiff reserves her right to oppose such an objection.

DATED: December 5, 2014

By     /s/ Stephen A. Swedlow
    Stephen A. Swedlow
    Quinn Emanuel Urquhart & Sullivan, LLP
    Attorney for Uber Technologies, Inc.

DATED: December 5, 2014

By     /s/ Hall Adams[1]
    Hall Adams
    Law Offices of Hall Adams LLC
    Attorneys for Plaintiff

---

[1]  I, Stephen A. Swedlow, certify that Hall Adams concurs in the filing of this document.

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

IT IS SO ORDERED.

Dated: _____

                                                      _____
                                                      Judge Donna M. Ryu