UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHRET, | No. C-14-00113-EMC (DMR) |
| Plaintiff(s), | **ORDER DENYING PROPOSED STIPULATION AND ORDER [DOCKET NO. 86]** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant(s). | |

The parties have filed a proposed stipulation and order. [Docket No. 86.] Portions of the proposed stipulation and order are beyond the authority of the discovery referral judge to order, e.g., the parties' stipulation to extend the briefing schedule for the motion for class certification. Such requests should be submitted to Judge Chen. Accordingly, the parties' stipulation and proposed order is **denied.**

IT IS SO ORDERED.

Dated: December 9, 2014

DONNA M. RYU
United States Magistrate Judge