1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (SBN: 090378)
2  johnquinn@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA   90017-2543
4  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
5
   Stephen A. Swedlow (*pro hac vice*)
6  stephenswedlow@quinnemanuel.com
   Amit B. Patel (*pro hac vice*)
7  amitbpatel@quinnemanuel.com
   500 W. Madison Street, Suite 2450
8  Chicago, IL  60661-2510
   Telephone:     (312) 705-7400
9  Facsimile:     (312) 705-7401

10 Arthur M. Roberts (SBN: 275272)
   arthurroberts@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, CA   94111-4788
12 Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
13
   Attorneys for Defendant
14 Uber Technologies, Inc.

15

**UNITED STATES DISTRICT COURT**
16 **NORTHERN DISTRICT OF CALIFORNIA**

17 CAREN EHRET,                         | Case No. 3:14-cv-00113-EMC

18          Plaintiff,                  | **[PROPOSED] STIPULATION AND ORDER**

19     v.                               |
                                        | Judge: Edward M. Chen
20 UBER TECHNOLOGIES, Inc.,

21          Defendant.

22

23

24

25

26

27

28

Pursuant to the Court's Order of November 26, 2014, Defendant Uber Technologies, Inc. ("Uber") and Plaintiff Caren Ehret ("Plaintiff"), by and through their attorneys of record, stipulate as follows:

1. The deadline for Uber's production of emails and other ESI from additional custodians Travis Kalanick, Ryan Graves and Andrew Macdonald shall be January 23, 2015.

2. The deadline for Plaintiff's filing of a motion for class certification shall be extended to March 12, 2015.   The deadline for Uber's filing of its opposition to Plaintiff's motion for class certification shall be extended to April 16, 2015, and the deadline for Plaintiff's reply shall be extended to May 14, 2015.

Uber enters this stipulation without prejudice to Uber's right to object to Judge Ryu's November 26, 2014 order regarding custodians and date ranges and the timeline for production, and reserves its right to file an objection to the order with Judge Chen.   Plaintiff reserves her right to oppose such an objection.

DATED: December 9, 2014

By   /s/ Stephen A. Swedlow
Stephen A. Swedlow
Quinn Emanuel Urquhart & Sullivan, LLP
Attorney for Uber Technologies, Inc.

DATED: December 9, 2014

By   /s/ Hall Adams[1]
Hall Adams
Law Offices of Hall Adams LLC
Attorneys for Plaintiff

---

[1]   I, Stephen A. Swedlow, certify that Hall Adams concurs in the filing of this document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

IT IS SO ORDERED. The hearing on the class certification motion is set for 6/4/15 at 1:30 p.m.  CMC is reset

Dated: __12/10/14__ from 4/23/15 to 6/4/15 at 1:30 p.m.  An updated joint CMC ~~statement due 5/28/15.~~

Judge Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-                     Case No.: 14-cv-00113-EMC
[PROPOSED] STIPULATION AND ORDER