QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
amitbpatel@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, IL  60661-2510
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, Inc.,<br><br>　　　　Defendant. | Case No. 3:14-cv-00113-EMC<br><br>**SUPPLEMENTAL DECLARATION OF ARTHUR M. ROBERTS** |

## DECLARATION OF ARTHUR ROBERTS

I, Arthur Roberts, declare and state as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, which represents Uber in this case.

2. The vast majority of the emails (tens of thousands) yielded by applying the agreed upon ESI search terms to the emails of the original General Manager custodians are customer inquiries attaching receipts that were sent to users of uberTAXI.

3. These receipts are within the scope of the search terms because they specifically identify the 20% charge as a "Gratuity & Service Charge." Every uberTAXI receipt I have reviewed hundreds of taxi receipts from the time frame at issue in this case and they all identify the 20% charge as a "Gratuity & Service Charge."

4. Attached as Exhibit A is a true and accurate copy of an uberTAXI receipt sent to Plaintiff, which Plaintiff produced in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California.

Dated: December 19, 2014

Signed: /s/ Arthur Roberts

-1-  
Case No. 3:14-cv-00113-EMC  
SUPPLEMENTAL DECLARATION OF ARTHUR ROBERTS