# EXHIBIT A



# UBER

Receipt

**Thanks for riding Uber!**

BILLED TO

Caren Ehret

TRIP REQUEST DATE

September 9, 2012 at 05:40pm

DROPOFF LOCATION

CREDIT CARD

Personal American Express - 2006

BILLED TO CARD

**$15.90**

DRIVER

Shawn TAXI

**Fare Breakdown**
CHARGES

| | |
|---|---|
| Fare specified by driver | $13.25 |
| Gratuity & Service Charge (20%) | $2.65 |
| **Charge subtotal** | **$15.90** |

TOTALS

| | |
|---|---|
| **Total Fare** | **$15.90** |
| **Billed to Card** | **($15.90)** |
| **Outstanding Balance** | **$0.00** |

**Trip Statistics**
DISTANCE
**5.47 miles**
DURATION
**11 minutes, 23 seconds**
AVERAGE SPEED
**28.83 mph**

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportchicago@uber.com

View this trip online

P0001