1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (SBN: 090378)
2  johnquinn@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA   90017-2543
4  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
5
   Stephen A. Swedlow (*pro hac vice*)
6  stephenswedlow@quinnemanuel.com
   Amit B. Patel (*pro hac vice*)
7  amitbpatel@quinnemanuel.com
   500 W. Madison Street, Suite 2450
8  Chicago, IL   60661-2510
   Telephone:     (312) 705-7400
9  Facsimile:     (312) 705-7401

10 Arthur M. Roberts (SBN: 275272)
   arthurroberts@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, CA   94111-4788
12 Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
13
   Attorneys for Defendant
14 Uber Technologies, Inc.

15

16 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**

17 | CAREN EHRET,              | Case No. 3:14-cv-00113-EMC
18 |                           |
   |         Plaintiff,        | **[PROPOSED] STIPULATION AND ORDER**
19 |                           |
   |       v.                  | Judge: Edward M. Chen
20 |                           |
   | UBER TECHNOLOGIES, Inc.,  |
21 |                           |
   |         Defendant.        |
22

23

24

25

26

27

28

Defendant Uber Technologies, Inc. and Plaintiff Caren Ehret stipulate as follows:

The current deadline for Plaintiff's filing of a motion for class certification is March 12, 2015.  The current deadline for Uber's filing of its opposition to Plaintiff's motion for class certification is April 16, 2015, and the current deadline for Plaintiff's reply is May 14, 2015.  The current deadline for the parties to file a case management statement is May 28, 2015.  A case management conference and hearing on Plaintiff's motion for class certification is currently scheduled for June 4, 2015.

In light of their intention to attempt to mediate this matter and in an effort to conserve the Court's and the parties' resources, the parties respectfully request that the Court order as follows:

1. The deadline for Plaintiff's filing of a motion for class certification shall be extended to April 16, 2015.  The deadline for Uber's filing of its opposition to Plaintiff's motion for class certification shall be extended to May 21, 2015.  The deadline for Plaintiff's reply shall be extended to June 18, 2015.

2. The deadline for the parties to file a case management statement shall be extended to July 2, 2015.  The case management conference and hearing on Plaintiff's motion for class certification shall be rescheduled for July 9, 2015 at 1:30 p.m.

DATED: February 10, 2015

By   /s/ Stephen A. Swedlow
     Stephen A. Swedlow
     Quinn Emanuel Urquhart & Sullivan, LLP
     Attorney for Uber Technologies, Inc.

DATED: February 10, 2015

By   /s/ Hall Adams[1]
     Hall Adams
     Law Offices of Hall Adams LLC
     Attorneys for Plaintiff

---

[1] I, Stephen A. Swedlow, certify that Hall Adams concurs in the filing of this document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

IT IS SO ORDERED.

Dated: _____

_____
Judge Edward M. Chen