QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA   90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Amit B. Patel (*pro hac vice*)
amitbpatel@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, IL  60661-2510
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA   94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, Inc., <br><br> Defendant. | Case No. 3:14-cv-00113-EMC <br><br> **[PR~~OPO~~SED] STIPULATION AND ORDER** <br><br> Judge: Edward M. Chen |

Defendant Uber Technologies, Inc. and Plaintiff Caren Ehret stipulate as follows:

The current deadline for Plaintiff's filing of a motion for class certification is March 12, 2015. The current deadline for Uber's filing of its opposition to Plaintiff's motion for class certification is April 16, 2015, and the current deadline for Plaintiff's reply is May 14, 2015. The current deadline for the parties to file a case management statement is May 28, 2015. A case management conference and hearing on Plaintiff's motion for class certification is currently scheduled for June 4, 2015.

In light of their intention to attempt to mediate this matter and in an effort to conserve the Court's and the parties' resources, the parties respectfully request that the Court order as follows:

1. The deadline for Plaintiff's filing of a motion for class certification shall be extended to April 16, 2015. The deadline for Uber's filing of its opposition to Plaintiff's motion for class certification shall be extended to May 21, 2015. The deadline for Plaintiff's reply shall be extended to June 18, 2015.

2. The deadline for the parties to file a case management statement shall be extended to July 2, 2015. The case management conference and hearing on Plaintiff's motion for class certification shall be rescheduled for July 9, 2015 at 1:30 p.m.

DATED: February 10, 2015

By   /s/ Stephen A. Swedlow
　　　Stephen A. Swedlow
　　　Quinn Emanuel Urquhart & Sullivan, LLP
　　　Attorney for Uber Technologies, Inc.

DATED: February 10, 2015

By   /s/ Hall Adams[1]
　　　Hall Adams
　　　Law Offices of Hall Adams LLC
　　　Attorneys for Plaintiff

---

[1] I, Stephen A. Swedlow, certify that Hall Adams concurs in the filing of this document.

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

IT IS SO ORDERED.

Dated: 2/13/15  _____
Judge Edward M. Chen

