1  Myron M. Cherry (California State Bar No. 50278)
   mcherry@cherry-law.com
2  MYRON M. CHERRY & ASSOCIATES LLC
   30 North LaSalle Street, Suite 2300
3  Chicago, Illinois 60602
   Telephone: (312) 372-2100
4  Facsimile: (312) 853-0279

5  Hall Adams (admitted *pro hac vice*)
   hall@adamslegal.net
6  LAW OFFICES OF HALL ADAMS, LLC
   33 North Dearborn Street, Suite 2350
7  Chicago, Illinois 60602
   Telephone: (312) 445-4900
8  Facsimile: (312) 445-4901

9  Michael F. Ram (SBN 104805)
   mram@rocklawcal.com
10 Karl Olson (SBN 104760)
   kolson@rocklawcal.com
11 RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
   555 Montgomery Street, Suite 820
12 San Francisco, CA  94111
   Tel:  415-433-4949
13 Fax:  415-433-7311

14 *Attorneys for Plaintiff and the Class*

15                **UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  CAREN EHRET, individually and on behalf of a class of similarly situated persons, | Case No. 3:14-cv-113-EMC |
| 18  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE** |
| 19  v. | |
| 20  UBER TECHNOLOGIES, INC., a Delaware Corporation. | |
| 21  Defendant. | |

24      Plaintiff Caren Ehret ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant" or

25 "Uber") (collectively, the "Parties"), by and through their attorneys of record, STIPULATE AS

26 FOLLOWS:

27      The current deadline for Plaintiff's filing of a motion for class certification is April 16,

28 2015.  The current deadline for Defendant's filing of its opposition to Plaintiff's motion for class

---

certification is May 21, 2015, and the current deadline for Plaintiff's reply is June 18, 2015. The current deadline for the parties to file a case management statement is July 2, 2015. A case management conference and hearing on Plaintiff's motion for class certification is currently scheduled for July 9, 2015.

Due to the trial schedule of Defendant's counsel, the parties have had to reschedule the mediation in this case. It is now set for June 29, 2015 with Martin Quinn. In the light of their intention to attempt to mediate this matter and in an effort to conserve the Court's and the parties' resources, the parties respectfully request that the Court order as follows:

The deadline for Plaintiff's filing of a motion for class certification shall be extended to July 16, 2015. The deadline for Defendant's filing of its opposition to Plaintiff's motion for class certification shall be extended to August 20, 2015. The deadline for Plaintiff's reply shall be extended to September 17, 2015. This is the third extension of the class certification deadlines.

The deadline for the parties to file a case management statement shall be extended to October 1, 2015. The case management conference and hearing on Plaintiff's motion for class certification shall be rescheduled for October 8, 2015 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: March 27, 2015
　　　　　　　　　　　　　　　　　　　　　　 */s/ Arthur M. Roberts*
　　　　　　　　　　　　　　　　　　　　　　 Arthur M. Roberts (SBN 275272)
　　　　　　　　　　　　　　　　　　　　　　 arthurroberts@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　　 QUINN, EMANUEL, URQUHART
　　　　　　　　　　　　　　　　　　　　　　 　 & SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　　 50 California Street, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　　 San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (415) 875-6327
　　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendant*

Dated: March 27, 2015
　　　　　　　　　　　　　　　　　　　　　　 */s/ Michael F. Ram*
　　　　　　　　　　　　　　　　　　　　　　 Michael F. Ram (SBN 104805)
　　　　　　　　　　　　　　　　　　　　　　 mram@rocklawcal.com
　　　　　　　　　　　　　　　　　　　　　　 RAM, OLSON, CEREGHINO
　　　　　　　　　　　　　　　　　　　　　　 　 & KOPCZYNSKI LLP
　　　　　　　　　　　　　　　　　　　　　　 555 Montgomery Street, Suite 820
　　　　　　　　　　　　　　　　　　　　　　 San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　　　　　 Telephone:  (415) 433-4949
　　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (415) 433-7311
　　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Plaintiff and the Class*

　　　　　　　　　　　　　　　　　　　　　　 *\*\*Filers Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Michael F. Ram hereby attests that concurrence in the filing of this document has been obtained from each Signatory.*

## **ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation.

IT IS SO ORDERED.

Dated:

_____
The Hon. Edward M. Chen
Judge, United States District Court