UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CAREN EHRET, individually and on behalf of a class of similarly situated individuals,** | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 3:14-cv-113-EMC <br>) |
| v. | )<br>) [PROPOSED] ORDER |
| **UBER TECHNOLOGIES, INC., a Delaware Corporation,** | )<br>)<br>) |
| Defendant. | )<br>) |

     Plaintiff's Motion for Class Certification is **ENTERED AND CONTINUED**. The Court's briefing schedule and hearing date on Plaintiff's motion for class certification remains intact. Plaintiff shall file a memorandum of law in support of her motion for class certification by July 16, 2015; Defendant's opposition is due August 20, 2015; and Plaintiff's reply is due September 17, 2015.

IT IS SO ORDERED.

Dated: _____

                                              UNITED STATES DISTRICT JUDGE