Myron M. Cherry (SBN 50278)
mcherry@cherry-law.com
Jacie C. Zolna (admitted *pro hac vice*, Illinois ARDC #6278781)
jzolna@cherry-law.com
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 372-2100
Facsimile: (312) 853-0279

Hall Adams (admitted *pro hac vice*, Illinois ARDC #6194886)
hall@adamslegal.net
LAW OFFICES OF HALL ADAMS, LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 445 4900
Facsimile: (312) 445 4901

Michael Ram (SBN 104805)
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CAREN EHRET, individually and on behalf of a class of similarly situated persons,**<br><br>            **Plaintiff,**<br><br>     **v.**<br><br>**UBER TECHNOLOGIES, INC., a Delaware Corporation,**<br><br>            **Defendant.** | **Case No. 3:14-cv-113-EMC**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Judge:       Hon. Edward M. Chen**<br>**Courtroom:  5** |

Plaintiff applies for an administrative order under Civil Local Rules 7-11 and 79-5(e) to file certain documents under seal. In support of this motion, Plaintiff states as follows:

The parties stipulated to the entry of a protective order in this case, which the Court entered on June 2, 2014. *See* Doc. 43. Under the terms of the protective order, a party may designate documents or testimony as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY." *Id.*

Defendant Uber Technologies, Inc. ("Uber") designated several discovery responses and documents as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY." As set forth in the attached declaration of Jacie C. Zolna, Plaintiff intends to attach some of these discovery responses and documents to her Memorandum of Points and Authorities in Support of Her Motion for Class Certification, and also intends to quote from them in her brief. Accordingly, pursuant to Civil Local Rule 79-5(e), Plaintiff seeks to file the following documents under seal:

1) An un-redacted version of Plaintiff's memorandum of law in support of her motion for class certification;

2) Uber driver training materials, attached as Ex. C to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

3) June 6, 2012 email exchange, attached as Ex. D to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

4) Spreadsheet of payments to Uber drivers, attached as Ex. E to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

5) PowerPoint presentation on Uber taxi pricing, attached as Ex. F to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

6) March 22, 2013 email exchange, attached as Ex. G to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

7) March 25, 2013 email exchange, attached as Ex. H to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

8) Uber's Second Amended Response to Interrogatory No. 6, attached as Ex. J to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

9) September 13, 2012 email exchange, attached as Ex. O to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

10) September 17, 2012 email, attached as Ex. P to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

11) July 2, 2012 email exchange, attached as Ex. Q to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

12) June 6-14, 2012 email exchange, attached as Ex. R to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification; and

13) October 18, 2012 email exchange, attached as Ex. S to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification.

**WHEREFORE,** Plaintiff respectfully requests the Court to enter an order granting her leave to file the above-referenced documents under seal.

Dated: July 16, 2015

                    Respectfully submitted,

                    MYRON M. CHERRY & ASSOCIATES LLC
                    MYRON M. CHERRY (50278)

                    By: _____/s/ Jacie C. Zolna_____
                          Jacie C. Zolna
                          Attorney for Plaintiff

MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 372-2100
Facsimile: (312) 853-0279
mcherry@cherry-law.com

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that he served the foregoing **Plaintiff's Administrative Motion to File Under Seal** upon:

Arthur Miles Roberts
arthurroberts@quinnemanuel.com
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661

via the electronic filing system on this 16th day of July, 2015.


_____/s/ Jacie C. Zolna_____