Myron M. Cherry (SBN 50278)
mcherry@cherry-law.com
Jacie C. Zolna (admitted *pro hac vice*, Illinois ARDC #6278781)
jzolna@cherry-law.com
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 372-2100
Facsimile: (312) 853-0279

Hall Adams (admitted *pro hac vice*, Illinois ARDC #6194886)
hall@adamslegal.net
LAW OFFICES OF HALL ADAMS, LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 445 4900
Facsimile: (312) 445 4901

Michael Ram (SBN 104805)
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREN EHRET, individually and on behalf of a class of similarly situated persons,<br><br>           Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>           Defendant. | Case No. 3:14-cv-113-EMC<br><br>**DECLARATION OF JACIE C. ZOLNA IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:      Hon. Edward M. Chen<br>Courtroom:  5 |

I, Jacie C. Zolna, declare as follows:

1. I am a partner at Myron M. Cherry & Associates, LLC and one of the lawyers representing Plaintiff in this action. I submit this declaration pursuant to Local Rule 79-5(e) in support of Plaintiff's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could and would testify competently thereto.

2. Defendant Uber Technologies, Inc. ("Uber") designated several discovery responses and documents as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order entered in this case. Plaintiff intends to attach some of these discovery responses and documents to her Memorandum of Points and Authorities in Support of Her Motion for Class Certification, and also intends to quote from them in her brief. Accordingly, Plaintiff seeks to file the following documents under seal, all of which accompany this declaration in their un-redacted format and are being lodged with the Court:

1) An un-redacted version of Plaintiff's memorandum of law in support of her motion for class certification;

2) Uber driver training materials (designated confidential by Uber), attached as Ex. C to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

3) June 6, 2012 email exchange (designated confidential by Uber), attached as Ex. D to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

4) Spreadsheet of payments to Uber drivers (designated confidential by Uber), attached as Ex. E to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

5) PowerPoint presentation on Uber taxi pricing (designated confidential by Uber), attached as Ex. F to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

1

**Declaration of Jacie C. Zolna**
**3:14-cv-113-EMC**

6) March 22, 2013 email exchange (designated confidential by Uber), attached as Ex. G to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

7) March 25, 2013 email exchange (designated confidential by Uber), attached as Ex. H to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

8) Uber's Second Amended Response to Interrogatory No. 6 (designated confidential by Uber), attached as Ex. J to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

9) September 13, 2012 email exchange (designated confidential by Uber), attached as Ex. O to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

10) September 17, 2012 email (designated confidential by Uber), attached as Ex. P to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

11) July 2, 2012 email exchange (designated confidential by Uber), attached as Ex. Q to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

12) June 6-14, 2012 email exchange (designated confidential by Uber), attached as Ex. R to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification; and

13) October 18, 2012 email exchange (designated confidential by Uber), attached as Ex. S to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 16, 2015

By: _____/s/ Jacie C. Zolna_____
Jacie C. Zolna

### *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that he served the foregoing **Declaration of Jacie C. Zolna in Support of Plaintiff's Administrative Motion to File Under Seal** upon:

Arthur Miles Roberts
arthurroberts@quinnemanuel.com
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Stephen A. Swedlow
stephenswedlow@quinnemanuel.com
Amit B. Patel
amitbpatel@quinnemanuel.com
QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661

via the electronic filing system on this 16th day of July, 2015.


_____/s/ Jacie C. Zolna_____