1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**CAREN EHRET, individually and on behalf of a class of similarly situated individuals,**

   **Plaintiff,**

   v.

**UBER TECHNOLOGIES, INC., a Delaware Corporation,**

   **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 3:14-cv-113-EMC**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

  Plaintiff's Administrative Motion to File Under Seal is **GRANTED**.  The Court orders the following documents sealed:

1) An un-redacted version of Plaintiff's memorandum of law in support of her motion for class certification;

2) Uber driver training materials, attached as Ex. C to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

3) June 6, 2012 email exchange, attached as Ex. D to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

4) Spreadsheet of payments to Uber drivers, attached as Ex. E to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

5) PowerPoint presentation on Uber taxi pricing, attached as Ex. F to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

6) March 22, 2013 email exchange, attached as Ex. G to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

7) March 25, 2013 email exchange, attached as Ex. H to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

8) Uber's Second Amended Response to Interrogatory No. 6, attached as Ex. J to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

9) September 13, 2012 email exchange, attached as Ex. O to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

10) September 17, 2012 email, attached as Ex. P to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

11) July 2, 2012 email exchange, attached as Ex. Q to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification;

12) June 6-14, 2012 email exchange, attached as Ex. R to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification; and

13) October 18, 2012 email exchange, attached as Ex. S to Plaintiff's Memorandum of Points and Authorities in Support of Her Motion for Class Certification.

**IT IS SO ORDERED**.

Dated:_____

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE