# Ex. A



icago

https://www.uber.com/cities/chicago

Go

OCT DEC JAN
2011 2012 2014

◄ 11 ►

28 captures

The second city doesn't deserve second class transportation. Whether talking business in the Loop, club-hopping in River North, or eating your way through Bucktown, @Uber_Chi is the most convenient and luxurious ride in the city.

Max
Community Manager

Our most reliable service area is shown above. Once in a car, our drivers will take you anywhere you'd like.

## Vehicle Types

**TAXI** No flagging or yelling required! Use Uber to request and pay for a taxi, at standard taxi rates. A 20% gratuity is automatically added for the driver.

**Black** Our default option will get you the classic black sedan or SUV curbside within minutes. Note: choosing "Black" and being picked up by an SUV will not charge you our SUV rates. Seats up to 4 people.

**SUV** When you're rolling with more than four people, request only SUVs, for a higher rate. Seats up to 6 people.

## Pricing

|  | 🚗 | 🚙 |
|---|---|---|
| **Base Fare** Start with this fare | $7.00 | $14.00 |
| **Per Mile** Speed over 11mph | $3.50 | $4.50 |
| **Per Minute** Speed at or below 11mph | $0.85 | $1.05 |
| **Minimum Fare** | $15.00 | $25.00 |
| **Cancellation Fee** | $10.00 | $10.00 |

## Flat Rates

|  | 🚗 | 🚙 |
|---|---|---|
| **MDW Airport** Between Midway International Airport and Downtown Chicago. | $65 | $85 |
| **ORD Airport** Between O'Hare International Airport and Downtown Chicago. | $75 | $95 |

## Sample Fares

|  | 🚗 | 🚙 |
|---|---|---|
| River North to Lincoln Park | $20 | $29 |
| River North to Wrigleyville | $25 | $36 |
| Loop to Lincoln Park | $30 | $44 |
| Soldier Field to Gold Coast | $30 | $44 |
| Bucktown to Loop | $35 | $51 |

Fare is all-inclusive - no need to tip. • Flat rates apply to direct trips between specified locations. Additional stops may result in a higher fare. • Applicable tolls and surcharges may be added to your fare. • At times of intense demand, our rates change over time to keep vehicles available.

## Frequently Asked Questions

**May I reserve my service in advance?**
Right now, we're still exclusively on-demand. You'll want to request your pickup close to the time you need it.

**May I request multiple cars from my account?**
We do not yet have the ability to accept requests for multiple cars from a single Uber account.

**Should I tip my driver?**
Uber fares are all-inclusive – no need to tip. This makes your trip as convenient and hassle free as possible.

**How many people can you fit into a vehicle?**
With the classic black option selected, you are guaranteed a ride that seats up to four passengers. If your city has a SUV selection available, you can request a SUV only, which will seat up to six people.

**What are your hours of operation?**
We're pretty much available 24 hours a day, 7 days a week. However, coverage can be slim between 1am and 4am on weekdays.

Visit our Chicago Support Website for more Frequently Asked Questions.

## Support

Still can't find an answer to your question? Our support staff is here to help.


Max
Community Manager


Website
http://support.uber.com


Contact Us
supportchicago@uber.com


Twitter
Uber_CHI

UBER-EHRET0000449



Close
INTERNET ARCHIVE
https://www.uber.com/cities/chicago    Go    DEC JAN MAY
◄ 17 ►
2012 2013 2014

icago    28 captures

The second city doesn't deserve second class transportation. Whether taking business in the Loop, club-hopping in River North, or eating your way through Bucktown, @Uber_Chi is the most convenient and luxurious ride in the city.

Max
Community Manager

Our most reliable service area is shown above. Once in a car, our drivers will take you anywhere you'd like.

## Vehicle Types

**TAXI** No flagging or yelling required! Use Uber to request and pay for a taxi, at standard taxi rates. A 20% gratuity is automatically added for the driver.

**Black** Our classic black car option is the default. Choose this and either a high-end sedan or SUV will be curbside in minutes. Note: choosing "Black" and being picked up by an SUV will not charge you our SUV rates. Seats up to 4 people.

**SUV** When you're rolling with more than four people, request only SUVs, for a higher rate. Seats up to 6 people.*

## Pricing

| | | |
|---|---|---|
| **Base Fare** Start with this fare | $7.00 | $14.00 |
| **Per Mile** Speed over 11mph | $3.50 | $4.50 |
| **Per Minute** Speed at or below 11mph | $0.85 | $1.05 |
| **Minimum Fare** | $15.00 | $25.00 |
| **Cancellation fee** | $10.00 | $10.00 |

## Flat Rates

| | | |
|---|---|---|
| **MDW Airport** Between Midway International Airport and Downtown Chicago. | $65 | $85 |
| **ORD Airport** Between O'Hare International Airport and Downtown Chicago. | $75 | $95 |

## Sample Fares

| | | |
|---|---|---|
| River North to Lincoln Park | $20 | $29 |
| River North to Wrigleyville | $25 | $36 |
| Loop to Lincoln Park | $30 | $44 |
| Soldier Field to Gold Coast | $30 | $44 |
| Bucktown to Loop | $35 | $51 |

* No need to tip. • Flat rates apply to direct trips between specified locations. Additional stops may result in a higher fare. • Applicable tolls and surcharges may be added to your fare. • At times of intense demand, our rates change over time to keep vehicles available.

## Frequently Asked Questions

**May I reserve your service in advance?**
Right now, we're still exclusively on-demand. You'll want to request your pickup close to the time you need it.

**May I request multiple cars from my account?**
We do not yet have the ability to accept requests for multiple cars from a single Uber account.

**Should I tip my driver?**
With Uber Black and SUV there is no need to tip. With Uber TAXI we'll automatically add 20% gratuity for the driver, and you'll see it reflected on your receipt. We charge your credit card directly, so there's no need to hand any payment to the driver.

**How many people can you fit into a vehicle?**
With the classic black option selected, you are guaranteed a ride that seats up to four passengers. If your city has a SUV selection available, you can request a SUV only, which will seat up to six people.

**What are your hours of operation?**
We're pretty much available 24 hours a day, 7 days a week. However, coverage can be slim between 1am and 4am on weekdays.

Visit our Chicago Support Website for more Frequently Asked Questions.

## Support

Still can't find an answer to your question? Our support staff is here to help.


Max
Community Manager


Website
http://support.uber.com


Contact Us

UBER-EHRET0000452

--------------------

SENT TO: cmehret@yahoo.com
CAMPAIGN ID: a1663c4baf
TITLE: Chicago - FREE TAXI Week
SUBJECT: FREE TAXI Rides This Week!
SEND TIME: 2012-06-25 15:00:00

ARCHIVE URL: http://eepurl.com/m34o9
CAMPAIGN CONTENT:



Hey <<First Name>>!

Tired of your sweaty CTA commute, being scolded by your cab driver for paying with
plastic, or the meter maid getting ticket happy on your car? Then, Uber has an amazing
solution for you -- Fire open your Uber app, and enjoy three days of **FREE** TAXI from
Uber!

**No, really, like FREE FREE!** Beginning Monday, June 25 and continuing through
Wednesday, June 27, all local TAXI rides requested through the Uber app will be FREE!
Simply tap the TAXI option, watch your TAXI arrive in the app, then hop out for FREE at
your destination!

A few things to keep in mind:

- FREE TAXI Week is for local TAXI rides only, so the first $20 of your trip will be
  FREE (automatically - no code necessary!)
- No need to pay your driver - the metered fare + 20% gratuity will be charged to your
  credit card on file.
- While Uber has hundreds of TAXIs on its system, the drivers do have other
  business too, so be patient if your first request isn't fulfilled. TAXIs will be opening
  up every few minutes, so keep checking the app.

For more information on TAXI from Uber: uber.com/chicagotaxi

Cheers!

UBER-EHRET0000758

◢ UBER.COM

LOG IN   SIGN UP

BLOG HOME        CITY BLOGS

CHICAGO

# FREE TAXI WEEK!!

JUNE 24, 2012
POSTED BY ALLEN



*Update (6/26) – To clarify, FREE TAXI Week is \*only for TAXIs\* as available by selecting the right button in the picker in the app. We have added a new welcome screen in the app to give you more information about the picker. Please see this post for details and screenshots.*

———

Tired of your sweaty CTA commute, being scolded by your cab driver for paying with plastic, or the meter maid getting ticket happy on your car? Then, Uber has an amazing solution for you — Fire open your Uber app, and enjoy three days of **FREE TAXI**!

**Beginning Monday, June 25 and continuing through Wednesday, June 27, all local TAXI rides requested through the Uber app will be FREE!** Simply tap the TAXI option, watch your TAXI arrive in the

UBER-EHRET0000081

app, then ho...cation

A few things to keep in mind:

- FREE TAXI Week is for local TAXI rides only, so the first $20 of your trip will be FREE (automatically – no code necessary!).

- While Uber has hundreds of TAXIs on its system, the drivers do have other business too, so be patient if your first request isn't fulfilled. TAXIs will be opening up every few minutes, so keep checking the app.

- Through Wednesday night, all rides are FREE up to $20. All other days, the metered fare + 20% gratuity will be charged to your credit card on file.

- FREE TAXI rides require an Uber account and use of Uber's iPhone/Android app.

## FAQs:

### How do I request?

Download the Uber iPhone/Android app. Sign-up for an account. Select the TAXI button in the top of the app, set your pick-up location and press Request. That's it!

### What does it cost?

TAXI from Uber costs the same as a Chicago city cab. Your driver will enter the metered fare and then Uber will automatically add a 20% gratuity for the driver. You'll receive an emailed receipt showing the breakdown.

### Is it safe?

Definitely! All TAXI drivers with Uber are licensed Chicago city cab drivers. Uber is just one more way they find customers and increase their business.

For more information on TAXI from Uber: www.uber.com/chicagotaxi
For more information on Uber in Chicago: www.uber.com/chicago

CATEGORIES: CHICAGO / TAGS: APP, CABS, CHICAGO, CREDIT CARDS, FREE, IPHONE, PROMO, TAXI



SIGN UP FOR UBER

ABOUT US    HELP CENTER    CAREERS    BLOG

UBER-EHRET0000082

UBER.COM

LOG IN     SIGN UP

BLOG HOME          CITY BLOGS

CHICAGO

# BIG CHANGES AT UBER - REQUEST AN SUV

JULY 5, 2012
POSTED BY MAX

UBER-EHRET0000114



# CHOICE IS A BEAUTIFUL THING

## Introducing more options for a classy and convenient ride.

We've all had the argument before... Cubs or Sox, Gino's East or Lou Malnati's, Sedan or SUV? Alright, maybe car choice isn't quite in that category of passion, but we've been listening Chicago. You've been begging for more choices related to both price and size. This is why we introduced TAXI in April, to provide a lower cost Uber option.

So today, during this week of celebrating all things AMERICA, adding the freedom to specifically request a GIANT SUV only seemed appropriate! Beginning today, you will have the ability from your Uber app in Chicago to request:

**Black**

Our standard black car service. Choose this option and a high-end sedan or SUV will be curbside in minutes. We guarantee that cars in this option will seat up to 4 people. Note: if you choose Black and are picked up by an SUV, the pricing for the Black option will apply.

**TAXI**

A licensed Chicago TAXI with many of the same Uber features you love: TAXI arrives in minutes, payment is seamless (metered fare + 20% gratuity), and quality is promoted through our rating system.

UBER-EHRET0000115

UBER.COM                    LOG IN   SIGN UP

BLOG HOME          CITY BLOGS

CHICAGO

# UBER CHICAGO - FREE(DOM) TAXI RIDE ON ELECTION DAY!

NOVEMBER 2, 2012
POSTED BY MAX



On November 6th, we all have some big decisions to make as we decide on the next President of the United States. One decision you shouldn't have to make is how you'll get to the polls.

That's why Uber is teaming up with Rock the Vote to offer Chicago Voters a FREE(DOM) TAXI RIDE to their polling place.

Simply enter the promo code **VOTECHI**, select the TAXI option in Uber's iPhone or Android app (or via m.uber.com) and your cab will arrive in minutes.  The discount will be available during voting hours on November 6th (6am-7pm). With the ease of Uber's service, you'll feel like we're bringing the ballot to you!

A few things to keep in mind:

UBER-EHRET0000105

- One FREE(DOM) TAXI ride is available for each Uber account holder that enter the promo code **VOTECHI.** For more info on how to enter a Promo Code, click here.

- The Uber trip must begin or end at a Chicago Polling Location and is valid between 6am and 7pm on Tuesday, November 6.

- The first $20.12 of your trip will be FREE, and any amount exceeding $20.12 will be charged to your card on file.

- The FREE RIDE requires an Uber account and use of Uber's iPhone/Android app or m.uber.com mobile web request.

- While Uber has hundreds of TAXIs that connect to its system, the drivers do have other business too, so be patient if your first request isn't fulfilled. TAXIs will be opening up every few minutes, so keep checking the app.

FAQs:

**How do I receive the discount?**

Enter the promo code VOTEUBER during sign-up, in your app (options menu, left hand corner) or text VOTEUBER only to 827-222.

**How do I request?**

Download the Uber iPhone/Android app. Sign-up for an account. Set your pick-up location and press Request. That's it!

**What does it cost?**

TAXI from Uber costs the same as a Chicago city cab. Your driver will enter the metered fare and then Uber will automatically add a 20% gratuity for the driver. You'll receive an emailed receipt showing the breakdown.

**Is it safe?**

Yes, all TAXI drivers with Uber are licensed Chicago city cab drivers.

For more information on Uber

For more information on Rock the Vote

For detailed Polling Place info

For press inquires, please email here.

CATEGORIES: CHICAGO / TAGS: 2012, BIPARTISAN, BLACK CAR, CHICAGO, DEAL, DEMOCRAT, ELECTION, FREE, OBAMA, REPUBLICAN, ROMNEY, TAXI, UBER, VOTE, VOTING

UBER-EHRET0000106

# Ex. B



## Leave the Cash at Home

After the ride, Uber will automatically charge the credit card you have on file. There's no need to hand your driver any payment. Of course, drivers always appreciate a "thank you."

Prices start with a base fare. After that, we charge depending on speed. When travelling at over 11mph, we charge a distance fee. Below 11mph, we charge a time fee.

---

CITIES | Boston |

---

# Boston

Whether you're headed from Boston proper to Cambridge or from Harvard Square to the Innovation District, we've got you covered and don't directionally discriminate! Grab an @Uber_BOS, avoid the headache, and arrive in BASTON style.

**Nick**
Community Manager



Our most reliable service area is shown above. Once in a car, our drivers will take you anywhere you'd like.

## Vehicle Types

 **TAXI** No flagging or yelling required! Use Uber to request and pay for a taxi, at standard taxi rates plus a $1 booking fee. A 20% gratuity is automatically added for the driver.

 **Black** Our classic black car option is the default. Choose this and either a high-end sedan or SUV will be curbside in minutes. Note: choosing "Black" and being picked up by an SUV will not charge you our SUV rates. Seats up to 4 people.

**SUV** When you're rolling with more than four people, request only SUVs, for a higher rate. Seats up to 6 people."

## Pricing

| | 🚗 | 🚙 |
|---|---|---|
| **Base Fare**<br>Start with this fare | $7.60 | $14.00 |
| **Per Mile**<br>Speed over 11mph | $4.00 | $4.75 |
| **Per Minute**<br>Speed at or below 11mph | $0.85 | $1.00 |
| **Minimum Fare** | $15.00 | $25.00 |
| **Cancellation fee** | $10.00 | $10.00 |

## Flat Rates

| | 🚗 | 🚙 |
|---|---|---|
| **Logan Airport and Boston**<br>Between Boston Logan International Airport and Boston Area Geofence. | $45 | $60 |
| **Logan Airport and Cambridge/Somerville**<br>Between Boston Logan International Airport and Cambridge Area Geofence. | $55 | $70 |

## Sample Fares

| | 🚗 | 🚙 |
|---|---|---|

UBER-EHRET0000334



UBER.COM                                    LOG IN    SIGN UP

BLOG HOME          CITY BLOGS

BOSTON

# TAXI PRO-TIPS

NOVEMBER 28, 2012
POSTED BY NICK



## How to Ride like an Uber **TAXI** Pro

Sometimes the occasion doesn't call for an Uber **BLACK**. We get it – that's why we launched **TAXI** in Boston a few weeks ago. Requesting a **TAXI** is just like any other request... with a few key differences. So if you want to ride Uber **TAXI** like a pro, we ask you to follow these simple steps.

**How to get an Uber TAXI:** No flagging or yelling required! Use Uber to request and pay for a ride at the metered rate plus a $1 booking fee. A 20% gratuity is automatically added for the driver. Your fare will

automatically be charged to your credit card on file. We never charge your card twice, so please make sure that you do not pay your driver directly. We'll take care of that for you.

**Where can I get an Uber TAXI:** All **TAXI** on the Uber system are licensed Boston taxis. That means we don't always have availability in Allston/Brighton, Cambridge, Somerville, or down towards Quincy. If you're looking to get an Uber **TAXI** ride to the airport, simply request in the app and the driver will be happy to take you where you want to go. If you want an Uber ride from the airport, please request **BLACK** or **SUV** as Uber **TAXIs** cannot pick up directly from the terminals.

**How to handle cancellations with Uber TAXI:** We know plans can change, so if you need to cancel a ride please try to do so ASAP! We charge a $5 cancellation fee if you cancel after 5 minutes. Sometimes it's hard to tell if the cab that pulled up is Uber. Don't get into the wrong cab or a cancellation fee may apply.

**How to tell you're in an Uber TAXI:**

**Communication is Key:** If you find yourself confused as to which car is yours, call your driver and coordinate!

**Check the TAXI Number:** The number next to your driver's name corresponds with the number on the car!

**Check for the Uber iPhone:** Check to make sure there's an iPhone displaying the Uber app on the dashboard.

Keep to these simple steps and you'll be Ubering up **TAXI** rides in no time 😊

Love,

Nick, Mike, Matt, Jason, Sarah, and Bob.

CATEGORIES: BOSTON / TAGS: SMARTPHONE APP UBER, TAXI BOSTON, TAXI SMARTPHONE, UBER BOSTON TAXI



SIGN UP FOR UBER

ABOUT US    HELP CENTER    CAREERS    BLOG

UBER-EHRET0000095



https://www.uber.com/cities/san-francisco    OCT  JAN  MAY   Close ✕
16 captures    ◄ 14 ►    Help ?
22 May 12 - 00 Jun 14    2012  2013  2014

# U UBER

Sign Up    Learn More    Blog    Sign In


LEARN MORE

Uber is your on-demand private driver.

Request a ride at any time using our iPhone and Android apps or from m.uber.com.

**SIGN UP**




① ② ③

### Request from Anywhere at Any Time

Tell us where you want to be picked up.

On the iPhone and Android apps, set your pickup location on the map. On m.uber.com, type your address. In the US and Canada, text an address and city to UBR-CAB (827-222).



### Ride in Style

We'll dispatch the nearest driver to pick you up. You'll also receive a text with the estimated arrival time. When the car arrives, you'll get another text.

Hop into the sleek black car, tell the driver your destination, and you'll be on your way.



$23.00

☆ ☆ ☆ ☆ ☆

Submit Rating

UBE-OCO00004137

**Leave the Cash at Home**

After the ride, Uber will automatically charge the credit card you have on file. There's no need to hand your driver any payment. Of course, drivers always appreciate a "thank you."

Prices start with a base fare. After that, we charge depending on speed. When travelling at over 11mph, we charge a distance fee. Below 11mph, we charge a time fee.

**CITIES** San Francisco

## San Francisco

Bay to breakers, Golden Gate Bridge to Silicon Valley, we have friendly drivers and classy cars at the ready! Get a quick pickup and cozy ride in the Bay Area.

Katelyn
Community Manager



Our most reliable service area is shown above. Once in a car, our drivers will take you anywhere you'd like.

## Vehicle Types

**TAXI** No flagging or yelling required! Use Uber to request and pay for a taxi, at standard taxi rates plus a $1 booking fee. A 20% gratuity is automatically added for the driver.

**UBERx** "The convenience of Uber at a lower price with our hybrid and mid-range cars in a variety of colors. Seats up to 4 people."

**Black.** Our default option will get you the classic black sedan or suv curbside within minutes. Note: choosing "black" and being picked up by an SUV will not charge you our SUV rates. Seats up to 4 people.

**SUV** When you're rolling with more than four people, request only SUVs, for a higher rate. Seats up to 6 people."

### Pricing

| | 🗙 | 🚗 | 🚗 |
|---|---|---|---|
| Base Fare<br>Start with this fare | $6.75 | $8.00 | $15.00 |
| Per Mile in SF<br>Speed over 11mph | $3.75 | $4.90 | $5.25 |
| Per Mile Outside SF<br>Speed over 11mph | $3.75 | $3.25 | $3.50 |
| Per Minute<br>Speed at or below 11mph | $0.85 | $1.25 | $1.35 |
| Minimum Fare | $10.00 | $15.00 | $25.00 |
| Cancellation fee | $10.00 | $10.00 | $10.00 |

### Flat Rates

| | 🗙 | 🚗 | 🚗 |
|---|---|---|---|
| SFO Airport and San Francisco<br>Between San Francisco International Airport and the City of San Francisco. | $55 | $65 | $85 |
| OAK Airport and san_francisco<br>Between Oakland International Airport and the City of San Francisco. | $75 | $85 | $110 |
| Oracle Arena and San Francisco<br>Between Oakland Coliseum/Oracle Arena and the City of San Francisco. | $75 | $85 | $110 |
| San Francisco and Palo Alto<br>Between the City of San Francisco and palo_alto. | - | $115 | $150 |
| SFO Airport and Palo Alto<br>Between San Francisco International Airport and palo_alto. | - | $80 | $105 |
| SJC Airport and Palo Alto<br>Between San Jose International Airport and palo_alto. | - | $75 | $100 |

UBE-OCO00004138

UBER.COM          ⌐ ⌐ ┌─┐          LOG IN   SIGN UP

BLOG HOME          CITY BLOGS

SAN FRANCISCO

# TAXI IS ARRIVING IN SAN FRANCISCO

OCTOBER 17, 2012
POSTED BY MATT HEARNS



UBER
## CAN AN SF TAXI BE UBER?

Uber is all about a convenient and efficient ride. Some folks might have a tough time describing San Francisco taxis in such terms. Uber SF would like to do something about that. Starting this week, we are testing TAXI as a new option in the Uber app, alongside our existing sedan and SUV service. This is a major addition, and pretty bold. To be honest, this is a bit of an experiment for our users. We're rolling it out from our very own Uber Garage. So why are we doing this crazy experiment...?

**Because CHOICE is a beautiful thing.**

We think that you should have a choice of transportation options at every price-point. You shouldn't have to juggle a dozen different apps to figure out the best way to get where you're going.

Are you adventurous enough to try Uber TAXI? Here are some things to keep in mind:

UBER-EHRET0000091

- TAXI is your confirmation that everything is going smoothly. If you don't see it right away, don't worry. You will within a few days

- Drivers will continue to use the meter in their taxis and will input the fare into their Uber iPhones at the end of the trip. This will include all tolls and out-of-city surcharges that would normally apply for any SF taxi ride

- A 20% gratuity will be added to your fare, plus a $1 booking fee. This will be done automatically and charged to your credit card, exactly like a standard Uber ride

- Uber TAXI is a new choice for Uber users. You can keep using all the Uber options exactly as you did before

*********************

You probably have questions, so let us address a few of them.

*Q: I hate SF taxis! Let me tell you a story about this friend of a friend I know who got in a taxi once and ended up with both kidneys and a spleen missing.*

A: That wasn't really a question, but fair enough. The good news is that TAXI is a new *choice* for Uber users. You can keep using all the standard Uber options exactly as you did before

*Q: I can already call a dispatch number and get a taxi, or use a taxi app. What's the point of Uber doing it? Were you guys bored this week?*

A: Uber is not a dispatch service – it's an electronic hail that goes directly to the closest open TAXI. The dispatch services and apps in SF mostly work with one fleet at a time, which we think is silly – you shouldn't need to worry about which fleet your taxi is from.

*Q: There aren't enough taxis in San Francisco. Can you fix that?*

A: We wish. There are only about 1,500 "medallions" (essentially permits) that allow taxis to operate in San Francisco. To put that in context, NYC has over 13,000. Until the SFMTA creates more medallions, it'll still be tough to get taxi drivers to come pick you up during peak demand times (like Friday and Saturday nights or Halloween), but Uber Black will always have you covered if you can't get a cab.

*Q: How are you going to make a San Francisco taxi Uber?*

A: Here's how.

- Safety: For every Uber TAXI, we have the driver's name, phone number, and scans of all taxi cards. These drivers didn't just download a driver app – we interviewed all of them in person and showed

UBER-EHRET0000092

them how to use the Uber system. These are existing taxi drivers already on the road and driving hundreds of passengers every week

- Accountability: For the first time, you will be able to rate a taxi driver at the end of every trip. This will help us separate the diamonds from the rough over time. There are some *amazing* taxi drivers in this city and they get a bad rap. Now they'll finally be rewarded for their skill and professionalism

- Ease of use: Requesting, paying, and rating an Uber TAXI ride will be just like the Uber experience you are used to. The one thing to know is that promos do not apply to TAXI

*Q: Fine, you convinced me. I just used Uber to get a taxi and I lost my favorite iguana in the car and need to get it back immediately. Help! P.S. The iguana's name is Ralph, if that helps.*

A: We can give you the TAXI driver's phone number, but it'll be up to you to resolve any issues that you had with the driver. If you need a higher level of service and responsiveness, we will continue to go above and beyond for Uber Black rides, as we always do.

We look forward to having you try out Uber TAXI. Don't hesitate to reach out to supportsf@uber.com with any questions.

-Uber SF

CATEGORIES: SAN FRANCISCO / TAGS: SAN FRANCISCO, TAXI, UBER



SIGN UP FOR UBER

ABOUT US    HELP CENTER    CAREERS    BLOG



UBER-EHRET0000093

INTERNET ARCHIVE
WayBackMachine

https://www.uber.com/cities/washington-dc

Go.

54 captures
6 Jun 12 - 3 Jul 15

NOV FEB MAY
◀ 6 ►
2012 2013 2014

Close
More    Blog    Sign In
Help

## LEARN MORE

Uber is your on-demand private driver.

Request a ride at any time using our iPhone and Android apps or from m.uber.com.

SIGN UP



### Request from Anywhere at Any Time

Tell us where you want to be picked up.

On the iPhone and Android apps, set your pickup location on the map. On m.uber.com, type your address. In the US and Canada, text an address and city to UBR-CAB (827-222).



### Ride in Style

We'll dispatch the nearest driver to pick you up. You'll also receive a text with the estimated arrival time. When the car arrives, you'll get another text.

Hop into the sleek black car, tell the driver your destination, and you'll be on your way.



## Leave the Cash at Home

After the ride, Uber will automatically charge the credit card you have on file. There's no need to hand your driver any payment. Of course, drivers always appreciate a "thank you."

Prices start with a base fare. After that, we charge depending on speed. When travelling at over 11mph, we charge a distance fee. Below 11mph, we charge a time fee.

**CITIES** | Washington, D.C. ▼



# Washington, D.C.

Whether you're heading to work on the Hill, for a night out on U Street, or catching a plane at Dulles, Uber is ready to take you where you need to go, right now and in style.

**Alex**
Community Manager



Our most reliable service area is shown above. Once in a car, our drivers will take you anywhere you'd like.

## Vehicle Types

**TAXI** No flagging or yelling required! Use Uber to request and pay for a taxi, at standard taxi rates. A 20% gratuity is automatically added for the driver.

 **Black** Our classic black car option is the default. Choose this and either a high-end sedan or SUV will be curbside in minutes. Note: choosing "Black" and being picked up by an SUV will not charge you our SUV rates. Seats up to 4 people.

 **SUV** When you're rolling with more than four people, request only SUVs, for a higher rate. Seats up to 6 people.

## Pricing

| | | |
|---|---|---|
| **Base Fare** Start with this fare | $7.00 | $14.00 |
| **Per Mile** Speed over 11mph | $3.25 | $4.00 |
| **Per Minute** Speed at or below 11mph | $0.75 | $0.90 |
| **Minimum Fare** | $15.00 | $25.00 |
| **Cancellation fee** | $10.00 | $10.00 |

## Flat Rates

| | | |
|---|---|---|
| **IAD Airport** Between Dulles International Airport and anywhere inside the Beltway. | $80 | $105 |
| **BWI Airport** Between Baltimore Washington International Airport and anywhere inside the Beltway. Availability for pickup requests at BWI is limited at this time. | $115 | $145 |

## Sample Fares

| | 🚗 | 🚕 |
|---|---|---|
| Foggy Bottom to DCA | $30 | $44 |
| Dupont Circle to Union Station | $20 | $29 |
| U St. NW to H St. NE | $19 | $28 |
| Clarendon to Metro Center | $29 | $42 |
| Bethesda to Georgetown | $32 | $46 |
| White House to U.S. Capitol | $16 | $25 |

* No need to tip. • Flat rates apply to direct trips between specified locations. Additional stops may result in a higher fare. • Applicable tolls and surcharges may be added to your fare. • At times of intense demand, our rates change over time to keep vehicles available.

## Frequently Asked Questions

**May I reserve your service in advance?**
Right now, we're still exclusively on-demand. You'll want to request your pickup close to the time you need it.

**May I request multiple cars from my account?**
We do not yet have the ability to accept requests for multiple cars from a single Uber account.

**Should I tip my driver?**
With Uber Black and SUV there is no need to tip. With Uber TAXI we'll automatically add 20% gratuity for the driver, and you'll see it reflected on your receipt. We charge your credit card directly, so there's no need to hand any payment to the driver

**How many people can you fit into a vehicle?**
With the classic black option selected, you are guaranteed a ride that seats up to four passengers. If your city has a SUV selection available, you can request a SUV only, which will seat up to six people.

**What are your hours of operation?**
We're pretty much available 24 hours a day, 7 days a week. However, coverage can be slim between 1am and 4am on weekdays.

Visit our Support Website for more Frequently Asked Questions.

## Support

Still can't find an answer to your question? Our support staff is here to help.


**Alex**
Community Manager


**Website**
http://support.uber.com


**Contact Us**
t.uber.com/support


**Twitter**
Uber_DC

| Info | Social | Phones | Company |
|---|---|---|---|
| Learn More | Twitter | iPhone | Privacy Policy |
| Pricing | Facebook | Android | Terms |
| Support & FAQ | Blog | Web & SMS | Copyright |
| Apply to Drive | Contact Us | | Jobs |

Language: English (US) Français Nederlands



Copyright © Uber Technologies, Inc., Uber Canada, Inc., Uber France SAS, Uber Nederland BV

UBER.COM                                    LOG IN    SIGN UP

BLOG HOME          CITY BLOGS

CITY

# WASHINGTON, HELP US INAUGURATE UBERTAXI

JANUARY 14, 2013
POSTED BY ALEX



There's nothing more American than the freedom to choose—so it's fitting that Uber is bringing our nation's capital yet another choice when it comes to getting a reliable ride. Starting today, you'll be able to use UberTAXI to request a DC cab right alongside our existing sedan and SUV service.

UBER-EHRET0000097

Just like with [...] up [...] and [...] you [...] requested [...] pay with your credit card, and do it all with just the tap of a button. In a nutshell, UberTAXI offers the reliability and convenience you expect from Uber at a lower cost, so you can pick exactly what kind of ride you need, whenever you need it.

Thanks to the pro-innovation, pro-consumer legislation passed last month by the DC Council, we know that Uber is here to stay, which is why we are rolling out new transportation options like UberTAXI. But make no mistake: it's still an experiment, and we will continue to improve on UberTAXI as more people use it.

Ready to try UberTAXI? Please keep these things in mind:

- **Supply will be limited at first.** Many taxis don't fit Uber standards, so we are curating our supply pretty carefully.
- **Black car will remain the default.** To request a taxi instead of a black car, be sure to select TAXI in the Uber app, then request as usual.
- **Once you get in the car, your driver will start the regular taxi meter.** At the end of the trip, your driver will input the fare into their Uber iPhone, including all tolls and surcharges that would normally apply for a DC taxi ride. After the fare is entered into the app a $2 Uber booking fee will be added.
- **Like any Uber ride, you don't need to pay the driver directly.** All charges will go to your credit card on file.
- **A 20% gratuity will be added to your fare.** This will be done automatically and charged to your credit card, exactly like a black car Uber ride (and unlike any taxi ride you've ever taken here in the District!).
- **At this time, TAXI will only be available for pick-ups in the District.** If you are in Virginia or Maryland, stay tuned for updates about when UberTAXI will be available to you.
- **Requesting via text message?** Head to m.uber.com to request a taxi.
- **Don't need a taxi?** You can keep using all the same sedan and SUV options exactly as before.

UBER-EHRET0000098

UBER.COM        LOG IN   SIGN UP

BLOG HOME        CITY BLOGS

NEW YORK

# INTRODUCING UBER TAXI NYC + ONE FREE RIDE FOR EVERY NEW YORKER

SEPTEMBER 5, 2012
POSTED BY EDWARD CASABIAN

Watch this video. Laugh because it has happened to you. Then read on to learn about getting a FREE NYC taxi ride, our most recent offering from the Uber Garage.





Make "Upstreaming" a thing of the past with Uber NYC. This week we're launching FREE NYC Taxi rides for every New Yorker. Now you can request a yellow cab with the tap of an app.

Here's how it works:



- Free TAXI week will be available in NYC starting today, Wednesday (until Wednesday September 12th).
- At the end of your ride, the driver will input the meter fare into the driver application. 20% gratuity will be automatically added to the fare.
- The free ride is up to $25. The remainder will be charged to your credit card on file. During Free TAXI Week, the TAXI option will only be available for one trip.

UBER-EHRET0000109