UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREN EHRET, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No. 3:14-cv-113-EMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

　　　　This matter came before the Court for hearing before the Honorable Edward M. Chen on October 8, 2015 pursuant to Plaintiff's Motion for Class Certification. Having considered all pleadings, documents and evidence presented and filed with respect to the motion and opposition and having heard and considered the arguments of counsel at the hearing, the Court hereby orders as follows:

　　　　Plaintiff's Motion for Class Certification is **GRANTED**. Plaintiff Caren Ehret is designated representative of the class and Myron M. Cherry and Jacie C. Zolna of Myron M. Cherry & Associates, LLC, Hall Adams of the Law Offices of Hall Adams LLC and Michael Ram of Ram, Olson, Cereghino & Kopczynski LLP are appointed class counsel.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE