1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (SBN: 090378)
2  johnquinn@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, CA   90017-2543
   Telephone:     (213) 443-3000
4  Facsimile:      (213) 443-3100

5  Stephen A. Swedlow (*pro hac vice*)
6  stephenswedlow@quinnemanuel.com
   Amit B. Patel (*pro hac vice*)
7  amitbpatel@quinnemanuel.com
   500 W. Madison Street, Suite 2450
8  Chicago, IL  60661-2510
   Telephone:     (312) 705-7400
9  Facsimile:      (312) 705-7401

10 Arthur M. Roberts (SBN: 275272)
   arthurroberts@quinnemanuel.com
11 50 California Street, 22nd Floor
   San Francisco, CA   94111-4788
12 Telephone:     (415) 875-6600
   Facsimile:      (415) 875-6700
13
   Attorneys for Defendant
14 Uber Technologies, Inc.

15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET, | Case No. 3:14-cv-00113-EMC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |
| UBER TECHNOLOGIES, Inc., | |
| Defendant. | |

Case No. 3:14-cv-00113-EMC
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

1    Defendant Uber Technologies, Inc. has produced documents to Plaintiff bearing
2 confidentiality designations pursuant to the June 6, 2014 Stipulation and Protective Order, Dkt.
3 No. 43.   Plaintiff cited some of those documents to her Memorandum of Points and Authorities in
4 Support of her Motion for Class Certification and simultaneously filed an Administrative Motion
5 for Leave to File Under Seal with respect to those documents.   Pursuant to Civil L.R. 79-5(e),
6 Defendant Uber Technologies, Inc. timely submitted a declaration setting forth the bases for filing
7 those documents under seal.   Good cause being shown, this Court GRANTS Plaintiff's motion
8 and orders that Exhibits D, E, F, G, H, J, O, P, Q, R, and S to Plaintiff's Memorandum of Points
9 and Authorities in Support of her Motion for Class Certification shall be filed under seal.

10    **IT IS SO ORDERED.**

12 Date: _____

Edward M. Chen
United States District Judge