Myron M. Cherry (California State Bar No. 50278)
mcherry@cherry-law.com
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 372-2100
Facsimile: (312) 853-0279

Hall Adams (admitted *pro hac vice*)
hall@adamslegal.net
LAW OFFICES OF HALL ADAMS, LLC
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 445-4900
Facsimile: (312) 445-4901

Michael F. Ram (SBN 104805)
mram@rocklawcal.com
Karl Olson (SBN 104760)
kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Tel:  415-433-4949
Fax:  415-433-7311

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREN EHRET, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation.<br><br>Defendant. | Case No. 3:14-cv-113-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Caren Ehret and Defendant Uber Technologies, Inc., by and through their attorneys of record, STIPULATE to a continuance of the Case Management Conference currently scheduled for January 14, 2016, at 10:30 a.m., to **January 28, 2016 at 10:30 a.m.**, or otherwise to a date and time thereafter that is convenient to the Court, with updated case management statements due one week prior. Plaintiff's counsel has a conflict with a multi-day arbitration and

1 | respectfully requests that the Court permit this two-week delay, to which Defendant has
2 | graciously agreed.

3 | **IT IS SO STIPULATED.**

4 | Dated: December 21, 2015

*/s/ Arthur M. Roberts*
Arthur M. Roberts (SBN 275272)
arthurroberts@quinnemanuel.com
QUINN, EMANUEL, URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6327
*Attorneys for Defendant*

Dated: December 21, 2015

*/s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
mram@rocklawcal.com
RAM, OLSON, CEREGHINO
 & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
*Attorneys for Plaintiff and the Class*

*\*\*Filers Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Michael F. Ram hereby attests that concurrence in the filing of this document has been obtained from each Signatory.*

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation, and continues the Case Management Conference to _____1/28/16_____ at 10:30 a.m. Updated case management statements are now due on _____1/21/16_____.

IT IS SO ORDERED.

Dated: 12/30/15



The Hon. Edward M. Chen
Judge, United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen