| | |
|---|---|
| Myron M. Cherry (SBN 50278) | Stephen A. Swedlow (*pro hac vice*) |
| mcherry@cherry-law.com | stephenswedlow@quinnemanuel.com |
| Jacie C. Zolna (*pro hac vice*, | Amit B. Patel |
| Illinois ARDC #6278781) | amitbpatel@quinnemanuel.com |
| jzolna@cherry-law.com | QUINN, EMANUEL, URQUHART |
| MYRON M. CHERRY & ASSOCIATES LLC | & SULLIVAN, LLP |
| 30 North LaSalle Street, Suite 2300 | 500 West Madison Street, Suite 2450 |
| Chicago, Illinois 60602 | Chicago, Illinois 60661 |
| Telephone: (312) 372-2100 | Telephone: (312) 705-7400 |
| Facsimile: (312) 853-0279 | Facsimile: (312) 705-7401 |
| | |
| Hall Adams (*pro hac vice*, | Arthur Miles Roberts (SBN 275272) |
| Illinois ARDC #6194886) | arthurroberts@quinnemanuel.com |
| hall@adamslegal.net | QUINN, EMANUEL, URQUHART |
| LAW OFFICES OF HALL ADAMS, LLC | & SULLIVAN, LLP |
| 33 North Dearborn Street, Suite 2350 | 50 California Street, 22nd Floor |
| Chicago, Illinois 60602 | San Francisco, California 94111 |
| Telephone: (312) 445 4900 | Telephone: (415) 875-6600 |
| Facsimile: (312) 445 4901 | Facsimile: (415) 875-6700 |
| | *Attorneys for Defendant Uber Technologies, Inc.* |
| Michael Ram (SBN 104805) | |
| mram@rocklawcal.com | |
| RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP | |
| 555 Montgomery Street, Suite 820 | |
| San Francisco, California 94111 | |
| Telephone: (415) 433-4949 | |
| Facsimile: (415) 433-7311 | |
| *Attorneys for Plaintiff and the Class* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAREN EHRET,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, Inc.,<br><br>        Defendant. | Case No. 3:14-cv-00113-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SEND NOTICE TO THE CLASS**<br><br>Judge: Edward M. Chen |

1    Defendant Uber Technologies, Inc. and Plaintiff Caren Ehret stipulate as follows:

2    Whereas, the current deadline for sending notice to the class is 60 days after January 12,
3    2016, Dkt. No. 125, which is March 12, 2016;

4    Whereas, over the past several weeks, the parties have been actively discussing settlement
5    of this matter, and seek an extension of 10 additional days in which to send notice to the class;

6    Whereas, a 10-day extension would give the parties additional time to potentially settle this
7    matter and would avoid wasting the parties' resources by sending multiple notices to the class.

8    It is hereby stipulated and agreed that the deadline for sending class notice be extended to
9    March 22, 2016.   The parties respectfully request that the Court approve this stipulation.

DATED: March 10, 2016

By     /s/ Stephen A. Swedlow
       Stephen A. Swedlow
       Quinn Emanuel Urquhart & Sullivan, LLP
       Attorney for Uber Technologies, Inc.

DATED: March 10, 2016

By     /s/ Hall Adams[1]
       Hall Adams
       Law Offices of Hall Adams LLC
       Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11, 2016

Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Stephen A. Swedlow, certify that Hall Adams concurs in the filing of this document.