QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (SBN: 090378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Stephen A. Swedlow (*Pro hac vice*)
stephenswedlow@quinnemanuel.com
500 W. Madison Street, Suite 2450
Chicago, IL  60661-2510
Telephone:     (312) 705-7400
Facsimile:      (312) 705-7401

Arthur M. Roberts (SBN: 275272)
arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, Inc.,<br><br>        Defendant. | Case No. 3:14-cv-00113-EMC<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:     Edward M. Chen<br>Hearing:   September 15, 2016 at 1:30 PM<br>Location:  Courtroom 5 |

1  Defendant Uber Technologies, Inc. supports Plaintiff's Motion for Preliminary Approval
2  of Class Action Settlement ("Motion") because the settlement is fair, reasonable, and adequate.
3  Defendant also agrees to provisional certification of the proposed class for settlement purposes
4  only and otherwise reserves all of its objections to class certification.  Although Defendant denies
5  all of Plaintiff's claims in this action and denies any and all allegations of wrongdoing, fault,
6  liability, or damage of any kind to Plaintiff and the class, it has agreed to resolve this case to avoid
7  the expenses, uncertainties, delays, and other risks inherent in continued litigation.
8  Defendant respectfully requests that the Court grant Plaintiff's Motion.

9  DATED: August 3, 2016                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Stephen A. Swedlow
     Stephen A. Swedlow

     Attorneys for Defendant
     Uber Technologies, Inc.