UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 14-cv-00113-EMC<br><br>**ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL** |

Prior to the September 15, 2016 hearing on Plaintiff's Motion for Preliminary Approval, the named Plaintiff should file by **5:00 p.m., September 14, 2016**, a declaration stating the number of hours she has spent working with counsel in support of this litigation, and providing detail on any other factors that bear on her proposed incentive award.

In addition, counsel should be prepared to discuss specific liability risks Plaintiff would face in pursuing this case through trial.

**IT IS SO ORDERED**.

Dated: September 13, 2016

_____
EDWARD M. CHEN
United States District Judge