UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CAREN EHRET**, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**, a **Delaware Corporation**,<br><br>Defendant. | Case No. 3:14-cv-113-EMC |

## DECLARATION OF CAREN EHRET

I, Caren Ehret, declare as follows:

1. I am the named Plaintiff in the certified class action entitled *Ehret v. Uber Technologies, Inc.* (Case No. 3:14-cv-113-EMC) pending in the United States District Court for the Northern District of California, San Francisco Division. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could and would testify competently thereto.

2. I have stayed actively involved in this litigation since its inception over four years ago. Among other things, I responded to discovery requests, searched for and produced documents and was deposed by Defendant's counsel. I routinely communicated with class counsel with respect to the status of the case, as well as my views on the prosecution of the lawsuit. I can state with certainty that I have conferred with class counsel, either in person or by phone, on several dozens of occasions to discuss these matters.

3. I was required to take time off of work in order to participate in this litigation in the ways described in the preceding paragraph. In addition to taking full days off of work to prepare for and give my deposition, I took partial days off to review documents, including discovery responses and pleadings.

4. I estimate that I have spent approximately 25 hours meeting with class counsel, responding to discovery, reviewing materials or otherwise working on this case.

5. When this lawsuit was filed and while it was pending, I was employed by a local Chicago newspaper in an advertising sales position. The filing of this lawsuit resulted in my name being identified with the case on the Internet. This was cause of regular inquiry of me by my employer, colleagues, and many of my employer's advertisers. These inquiries were a cause for personal concern about whether my acting as class representative in this case would have negative repercussions on my business career.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2016.

_____
Caren Ehret