**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** September 15, 2016  **Time:** 10:37-10:53  **Judge:** EDWARD M. CHEN

**Case No.**: 3:14-cv-00113-EMC  **Case Name:** Ehret v. Uber Technologies, Inc.

**Attorney for Plaintiff:** Michael Ram
**Attorney for Defendant:** Stephen Swedlow

**Deputy Clerk:** Dawn Logan  **Court Reporter:** Belle Ball

**PROCEEDINGS**

Motion for Preliminary Approval of Settlement held.

**SUMMARY**

Court granted the motion for preliminary approval of the settlement. Parties shall meet and confer, then submit a revised proposed order with schedule.