DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREN EHRET, individually and on behalf of a class of similarly situated persons,<br><br>      Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>      Defendant. | Case No. 3:14-cv-113-EMC<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

1) Plaintiff's Motion for Preliminary Approval of Class Action Settlement is **GRANTED**. The settlement of this matter is preliminarily approved.

2) On or before October 14, 2016 Defendant shall remit ten thousand ($10,000) to the Settlement Administrator for its share of the Settlement Administration Costs.

3) On or before October 21, 2016, Defendant shall provide the Settlement Administrator a report or other document setting forth the names and email addresses of all Class Members and for each such Class Member the total amount he or she paid from April 20, 2012 to March 25, 2013 (the "Class Period") for the 20% charge at issue in this Lawsuit (the "20% Charge"), to the extent such information is within Uber's possession, custody, or control.

4) On November 4, 2016, Class Counsel shall, through the Settlement Administrator, send notice of this settlement to the Class via email at the email addresses Class Members have on file for their Uber accounts in the form attached as Exhibit A to the Settlement Agreement (the "Notice").

5) On or before November 4, 2016, the Settlement Administrator shall develop and activate a website in accordance with the terms of the Settlement Agreement.

6) On or before December 2, 2016, Class Counsel shall file its motion or petition supporting its request for attorneys' fees and costs.

7) Class Member have until December 23, 2016 to provide the Settlement Administrator a valid mailing address in order to receive his or her Class Member Payment (as defined in the Settlement Agreement) via a settlement check.

8) Any objections by Class Members to the settlement must be filed no later than December 23, 2016.

9) Requests by Class Members to opt-out of the class and settlement must be postmarked no later than December 23, 2016.

10) On or before January 06, 2017 the Settlement Administrator shall provide Class Counsel a certification setting forth the names and contact information of all Class Members who opted out of the Class.

11) On or before January 13, 2017 the Settlement Administrator shall provide a report to Defendant, with a copy to Class Counsel, setting forth: (1) which Class Members timely provided a valid mailing address; and (2) which Class Members failed to timely provide a valid mailing address as set forth in Paragraph 7 above.

12) On or before January 19, 2017, Class Counsel shall file a motion for final approval of the settlement and shall include with this motion a complete list of all Class Members who validly and timely excluded themselves from the Class.

13) A final approval hearing is set for February 9, 2017 at 1:30 PM.

IT IS SO ORDERED.

Dated: 10/11/2016

_____
DISTRICT JUDGE

