UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREN EHRET,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>   Defendant. | Case No. 14-cv-00113-EMC<br><br>**JUDGMENT** |

   IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the Order granting [148] Motion for Attorney Fees and granting [151] Motion for Final Approval of Settlement filed on February 16, 2017.   The Clerk of the Court is directed to close this case.

   **IT IS SO ORDERED.**

Dated:   February 16, 2017

_____
EDWARD M. CHEN
United States District Judge